UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SARVIX INTERNATIONAL, LTD., a Marshall Islands corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICTRON ENERGY, B.V., a Netherlands corporation,<br><br>　　　　Defendant. | Case No. 2:22-cv-00890<br><br>**PLAINTIFF SARVIX INTERNATIONAL, LTD.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

PLAINTIFF'S RULE 7.1 CORPORATE
DISCLOSURE STATEMENT—1
[2:22-cv-00890]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Plaintiff Sarvix International, Ltd. states, under Fed. R. Civ. P. 7.1, that has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Dated: June 23, 2022

Respectfully submitted,

Newman Du Wors LLP

s/ Derek Linke
Derek Linke, WSBA No. 38314
*linke@newmanlaw.com*
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone:   (206) 274-2800
Facsimile:   (206) 274-2801

Howard Neu, Esq. (*pro hac vice* to be filed)
*howard@neulaw.com*
Law Office of Howard Neu, P.A.
4839 S.W. Volunteer Road, Suite 512
Southwest Ranches, FL 33330
Telephone:   954-662-1816
Facsimile:   954-337-2324

Counsel for Plaintiff
Sarvix International, Ltd.

PLAINTIFF'S RULE 7.1 CORPORATE
DISCLOSURE STATEMENT—2
[2:22-cv-00890]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800