UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARVIX INTERNATIONAL, LTD., a Marshall Islands corporation,<br><br>                   Plaintiff,<br><br>    v.<br><br>VICTRON ENERGY, B.V., a Netherlands corporation,<br><br>                   Defendant. | CASE NO. 2:22-cv-00890-JHC<br><br>ORDER RE: DEFENDANT'S MOTION TO DISMISS |

       This matter comes before the Court on Defendant's Motion to Dismiss Complaint, filed on August 17, 2022. Dkt. # 15. On September 6, 2022, Plaintiff filed an amended complaint. Dkt. # 21.

       In the Ninth Circuit, the filing of "an amended complaint supercedes the original complaint and renders it without legal effect." *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012). "Courts often apply this rule to motions to dismiss a complaint that has since been superseded and deny such motions as moot." *Bisson v. Bank of Am., N.A.*, No. C12-0995JLR, 2012 WL 5866309, at *1 (W.D. Wash. Nov. 16, 2012) (collecting cases). Plaintiff's amended complaint (Dkt. # 21) has superseded the original complaint (Dkt. # 1) and is now the operative pleading in this proceeding. Accordingly, the Court STRIKES Defendant's motion to dismiss

ORDER RE: DEFENDANT'S - 1

the original complaint (Dkt. # 15) as moot.  *See Caldwell v. Boeing Co.*, No. C17-1741JLR, 2018 WL 2113980, at *3 (W.D. Wash. May 8, 2018) ("the court denied Boeing's first motion to dismiss as moot because Mr. Caldwell's second amended complaint superseded his original complaint and rendered his original complaint without legal effect.").

Dated this 9th day of September, 2022.

*John H. Chun*
John H. Chun
United States District Judge